■ LUX-BRILL PRODUCTIONS, INC. v. MODERNAGE PHOTOGRAPHIC SERVICES, INC., et al.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated June 14, 1962, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 30, 1962, with notice of argument for September

11, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.